UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA CRIMINAL ACTION

VERSUS NO. 24-50-JWD-EWD

THOMAS BEAMON

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on July 16, 2024.

_____
SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 24-50-JWD-EWD

THOMAS BEAMON

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

Before the Court is a Motion to Determine Competency (R. Doc. 9) filed by the United States on March 28, 2024. Initially finding reasonable cause in support of the Motion, the Court ordered that Defendant Thomas Beamon be examined by a qualified psychiatrist or psychologist under the provisions of 18 U.S.C. §§ 4241 and 4247(b) to determine whether he is presently suffering from a mental disease or defect rending him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense (R. Doc. 10). A report was delivered to the Court on May 28, 2024. (R. Doc. 29). The competency hearing was held on July 2, 2024. (R. Doc. 25). After considering the evaluation report and the submissions of the parties, the undersigned recommends that Beamon be committed to the custody of the Attorney General for hospitalization and treatment as set forth below.

### BACKGROUND

This matter first came before the Court on a Criminal Complaint filed March 20, 2024 (R. Doc. 1), alleging that Thomas Beamon intimidated an employee of the Social Security Administration in violation of 18 U.S.C. § 111(a)(1). Beamon was arrested on March 25, 2024, and an initial appearance was set for March 26, 2024. Shortly before Court was called to order for the initial appearance, it was reported that Beamon raised his voice in talking with appointed

defense counsel and then spit in counsel's face. (R. Doc. 9 at 1). Beamon was removed from the courtroom, and when Court was called to order after an hour's delay, appointed counsel requested that the initial appearance be reset to March 28, 2024.

On March 28th, the initial appearance was called to order. The Court informed Beamon of his rights and of the purpose of the proceeding. As the Court attempted to inform Beamon about the allegations in the Complaint, he became disruptive and was removed from the courtroom. Thereafter, the Court granted the government's motion for a mental competency hearing (R. Doc. 9) under 18 U.S.C. § 4241 upon finding there was reasonable cause to believe that Beamon may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, Beamon was committed to a facility to be examined by a qualified psychiatrist of psychologist, who was to submit a written report of his or her findings, pursuant to 18 U.S.C. § 4247(c). (R. Doc. 13). On April 11, 2024, the Court granted an extension of time until May 24, 2024, to complete the evaluation. The mental health evaluation was completed, as ordered, and the written report transmitted to the Court on May 28, 2024, and filed under seal. Upon receipt of the report, a Notice to Counsel was issued advising that a mental competency hearing needed to be scheduled to address the findings contained in the report. (R. Doc. 16).

On June 5, 2024, a Bill of Information was filed as to Beamon, charging him with attempting to interfere with the administration of Social Security in violation of 42 U.S.C. 1320a-8b. (R. Doc. 15). The Court then set a competency hearing for June 25, 2024. (R. Doc. 17). The hearing was delayed twice (R. Docs. 19 and 21).

The mental competency hearing was conducted on July 2, 2024. Defendant Beamon was present for the hearing, but again, he became disruptive and was removed from the courtroom. (R. Doc. 25). The parties submitted a Joint Stipulation Regarding Competency Report, which proffered a redacted version of the competency evaluation. (R. Doc. 24). Counsel for Beamon objected to the Court's consideration of certain limited information contained in the competency evaluation. Although the United States argued that the Court could properly consider the unredacted report in making its determination, both parties agreed that the redacted report submitted to the Court contained sufficient information for the Court to make a fully informed determination as to Beamon's competency. (R. Doc. 26-3). Neither party objected to the findings contained in the report, which concluded that Beamon displays symptoms of a mental illness which significantly impairs his factual and rational understanding of the proceedings against him and his ability to communicate with his attorney with a reasonable degree of rational understanding.

After review of the written report and after conducting a competency hearing, the undersigned recommends that Defendant Thomas Beamon be found mentally incompetent to proceed in this matter and that he be committed to the custody of the Attorney General for hospitalization and further treatment as set forth below.

## RECOMMENDATION

Based upon the opinion and recommendation issued by the forensic evaluator, Dr. Matthew R. Opesso, licensed psychologist, and the agreement of the parties, **IT IS RECOMMENDED** that Defendant Thomas Beamon be found incompetent to proceed in this matter because of a mental disease or defect rending him mentally incompetent to the extent that he is unable to under the nature and consequences of the proceedings against him or to assist

properly in his defense. Further, **IT IS RECOMMENDED** that Defendant Thomas Beamon be committed to the custody of the Attorney General, who shall hospitalize Defendant Beamon for treatment in a suitable facility for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future Defendant Beamon will attain the capacity to permit the proceedings to go forward. Periodic reports regarding Defendant Beamon's condition and prognosis should be provided to the Court during the hospitalization.

    Signed in Baton Rouge, Louisiana, on July 16, 2024.

_[signature]_

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**