# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**VERSUS**

**THOMAS BEAMON**

**CRIMINAL
NO. 24-50-JWD-EWD**

## RULING AND ORDER

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 16, 2024 (Doc. 31), to which a Joint Notice of No Objection was filed (Doc. 32);

**IT IS ORDERED** that Defendant Thomas Beamon is found incompetent to proceed in this matter because of a mental disease or defect rending him mentally incompetent to the extent that he is unable to under the nature and consequences of the proceedings against him or to assist properly in his defense. Further,

**IT IS FURTHER ORDERED** that Defendant Thomas Beamon is committed to the custody of the Attorney General, who shall hospitalize Defendant Beamon for treatment in a suitable facility for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future Defendant Beamon will attain the capacity to permit the proceedings to go forward. Periodic reports regarding Defendant Beamon's condition and prognosis should be provided to the Court during the hospitalization.

Signed in Baton Rouge, Louisiana, on July 18, 2024.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**